**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                   CASE NO. 3:04-cr-93-J-32HTS

ANGEL RAFAEL DAVILA
_____

**REPORT AND RECOMMENDATION**[1]
**CONCERNING PLEA OF GUILTY**

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P. and Rule 6.01(c)(12), M. D. Fla. Rules, and has entered a plea of guilty to the lesser included offense of Count One of the Indictment.[2] After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**DONE AND ENTERED** at Jacksonville, Florida, this 1st day of December, 2004.

_____
HOWARD T. SNYDER
United States Magistrate Judge

Copies to:
Honorable Timothy J. Corrigan
United States District Judge
Assistant United States Attorney (Brown)
Reginald Estell, Jr., Esquire
United States Probation
United States Pretrial Services

---

[1] Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B), Rule 6.02, M.D. Fla. Rules.

[2] The lesser included offense in Count One charges the Defendant with conspiracy to distribute marihuana, a Schedule I controlled substance, the amount of the marihuana being 100 kilograms or more, and 3,4-methylenedioxymethamphetamine, commonly known as "MDMA" and ecstasy, Schedule I controlled substances, in violation of 21 U.S.C. §§ 846, 841(b)(1)(B) and 841(b)(1)(C).

